Michael S. HUTCHINSON, Jr., By Mary J. HUTCHINSON, Parent and Natural Guardian, Petitioners,

v.

Father Francis LUDDY, St. Therese's Catholic Church, Bishop James Hogan and Diocese of Altoona Johnstown, Respondents.

Supreme Court of Pennsylvania.

Nov. 27, 2001.

### ORDER

PER CURIAM.

AND NOW, this 27th day of November, 2001, the Petition for Allowance of Appeal is GRANTED, LIMITED to the following issue:

Did the Superior Court err in determining as a matter of law that a negligence claim under Section 371 of the Restatement (Second) of Torts can never support